Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB - State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oren Hamlett,<br>        Plaintiff,<br>v.<br>Michael J. Astrue,<br>Commissioner of Social Security,<br>        Defendant. | Civil Action No: 2:12-CV-00140-EFB<br><br>STIPULATION FOR EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, July 16, 2012, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 6/14/12                    / s / Joseph C. Fraulob
                                  Joseph Fraulob
                                  Attorney for Plaintiff

Dated: 6/14/12                    / s / Daniel Talbert
                                  Daniel Talbert
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

So Ordered.

DATED:  June 21, 2012.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE